# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CHRISTOPHER COTY MAIER,**

    **Plaintiff,**

    v.                                                                                                       **CASE NO. 17-3085-SAC-DJW**

**UNITED STATE OF AMERICA,**
**et al.,**

    **Defendants.**

## ORDER

Plaintiff Christopher Coty Maier brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Douglas County Jail in Lawrence, Kansas. Plaintiff filed his Complaint (Doc. 1) on May 15, 2017. In the Complaint, Plaintiff names "Zion" as the Plaintiff and refers to himself as "The King." There is an illegible signature on the line designated for the "Signature of Attorney (if any)" followed by a notation of "Power of Attorney, In Fact, Agent." (Doc. 1, at 6.) Instead of signing his Complaint, Plaintiff has a handwritten notation—"The King Christiano: of the Ariel Dynasty."

Plaintiff must sign his Complaint with his legal name. *See* D. Kan. Rule 5.1(b) ("The original of every pleading, motion, or other paper filed by a party not represented by an attorney must bear the ***genuine*** signature of the pro se party.") (Emphasis added). Plaintiff must resubmit his Complaint with his legal signature.

Plaintiff is required to correct the foregoing deficiency by **June 5, 2017**. Failure to comply within the prescribed time may result in the dismissal of this action without further notice for failure to comply with this Court's Order.

**IT IS THEREFORE BY THE COURT ORDERED** that Plaintiff is granted until **June 5, 2017,** in which to correct the foregoing deficiency or this action may be dismissed without further notice for failure to comply with this Court's Order.

The clerk is directed to send 1983 forms and instructions to Plaintiff.

**IT IS SO ORDERED.**

Dated this 19th day of May, 2017, in Topeka, Kansas.

<u>**s/ Sam A. Crow**</u>
**SAM A. CROW**
**U. S. Senior District Judge**